**Order entered July 25, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00519-CV

### RUSSELL ELRICH JULIAN, Appellant

### V.

### QIN GU, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00976-2022**

### ORDER
Before Justices Schenck, Reichek, and Carlyle

Before the Court is appellant's June 2, 2022 emergency motion to stay the trial court's judgment. On June 6, 2022, we stayed the trial court's final judgment pending further order of the Court, and we requested that appellee file a response to the motion.

After reviewing the motion and the accompanying affidavit, appellee's response, and appellant's reply, we conclude that appellant has failed to show his

entitlement to the relief requested. Accordingly, we **LIFT** the stay issued by our June 6, 2022 order.[1]

/s/    AMANDA L. REICHEK
       JUSTICE

---

[1] Justice Schenck would have continued the stay pending resolution of the appeal.